**DISMISS and Opinion Filed April 2, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-01740-CR**

**LAYNE CAMERON GREEN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81638-10**

**MEMORANDUM OPINION**

Before Justices Lang-Miers, Murphy, and Fillmore
Opinion by Justice Fillmore

Layne Cameron Green was convicted of intoxication assault. Pursuant to a plea bargain agreement, the trial court assessed punishment at four years' imprisonment. Sentence was imposed in open court on April 21, 2011. On November 6, 2012, appellant filed a pro se motion for a nunc pro tunc order seeking to have the deadly weapon finding deleted from the trial court's judgment. The trial court did not rule on appellant's motion.[1] Appellant filed a "Notice Of Appeal For Nunc Pro Tunc Order To Correct Finding."

We sent the parties a letter questioning our jurisdiction over the appeal absent an order ruling on the motion. Appellant, rather than his attorney, responded; however, he addressed the

---

[1] There is a docket sheet entry dated November 26, 2012 that states "No action taken on request for Nunc Pro Tunc."

merits of his motion rather than the Court's jurisdiction. The State did not respond. We conclude we lack jurisdiction over the appeal.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be legally invoked, and, if not, "the power of the court to act is as absent as if it did not exist." *See id.* at 523. As a general rule, an appellate court may consider appeals by criminal defendants only after conviction. *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.–Dallas 1998, no pet.). A court of appeals has no jurisdiction over an appeal absent a written judgment or other appealable order. *See Nikrasch v. State*, 698 S.W.2d 443, 450 (Tex. App.–Dallas 1985, no pet.).

In this case, there is no order ruling on appellant's motion for a nunc pro tunc order modifying the judgment. Accordingly, we have no jurisdiction over the appeal. *See id.*

We dismiss the appeal for want of jurisdiction.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

121740F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LAYNE CAMERON GREEN, Appellant

No. 05-12-01740-CR        V.

THE STATE OF TEXAS, Appellee

On Appeal from the 401st Judicial District
Court, Collin County, Texas
Trial Court Cause No. 401-81638-10.
Opinion delivered by Justice Fillmore,
Justices Lang-Miers and Murphy
participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of
jurisdiction.

Judgment entered this 2nd day of April, 2013.

/Robert M. Fillmore/

ROBERT M. FILLMORE
JUSTICE